UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGAN CARROLL TRUST, Regan carroll, trustee
Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, SAN FRANCISCO PLANNING DEPARTMENT
Defendant(s).

No. C 07 2577 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 16, 2007

Signature: [signed]
Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")