**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

—————————

www.cand.uscourts.gov

Richard W. Wieking

Clerk

General Court Number

415.522.2000

## May 17, 2007

**CASE NUMBER:  CV 07-02577 JCS**

**CASE TITLE:  REGAN CARROLL TRUST-v-SF CITY AND COUNTY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Saundra B. Armstrong** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/17/07

FOR THE EXECUTIVE COMMITTEE:

_____

Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects

Log Book Noted                         Entered in Computer 5/17/07ha

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                Transferor CSA