ANDREW M. ZACKS  (SBN 147794)
ANDREA ROSENTHAL (SBN 154769)
ZACKS UTRECHT & LEADBETTER, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA  94104
(415) 956-8100

Attorneys for: Plaintiff Regan Carroll Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| REGAN CARROLL TRUST, Regan Carroll, trustee, <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, SAN FRANCISCO PLANNING DEPARTMENT, SAN FRANCISCO BOARD OF APPEALS, <br><br> Defendants. | ACTION NO:  07-CV-02577 SBA <br><br> PLAINTIFF REGAN CARROLL TRUST'S CASE MANAGEMENT STATEMENT, REQUEST TO VACATE CASE MANAGEMENT CONFERENCE DATE AND OTHER DATES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT, AND REQUEST TO SET NEW DATES <br><br> Date:       September 12, 2007 <br> Time:      3:30 p.m. <br> Judge:     Hon. Saundra Brown Armstrong |

Plaintiff Regan Carroll Trust, Regan Carroll, trustee, submits the following

Case Management Statement.

JURISDICTION AND SERVICE

On May 15, 2007, Plaintiff filed its Complaint for Injunctive Relief and

Damages for Violation of Civil Rights.  This Court has jurisdiction over this action

pursuant to 28 U.S.C. § 1331, in that the controversy arises under the United States Constitution and under 42 U.S.C. § 1983.  Venue is proper pursuant to 28 U.S.C. § 1391(a) in that all Defendants reside in this judicial district and the events giving rise to the claims occurred in this district.

On September 5, 2007, Plaintiff served the Complaint on all Defendants. Given that Defendants were recently served with the Complaint, Plaintiff respectfully requests the court vacate the Case Management Conference and all other dates set in the Order Setting Initial Case Management Conference. Plaintiff further requests that new dates be scheduled to provide Defendants adequate time to respond to the Complaint.

## FACTS and LEGAL ISSUES

This case arises out of the Defendants unlawful delegation of land use and decision-making to a private, powerful and influential neighborhood group.  As a result of this unlawful delegation of power, Plaintiff was, among other things, deprived of the Equal Protection of law in violation of the Fourteenth Amendment of the United States Constitution.

## MOTIONS

Unknown at this time.

## AMENDMENT OF PLEADINGS

Unknown at this time.

## EVIDENCE PRESERVATION

Plaintiff has preserved all evidence.

## DISCLOSURES

Plaintiff has not made the initial disclosures.

## DISCOVERY

No discovery to date.  It is anticipated written discovery and depositions will be taken once Defendants have responded to the Complaint.

## RELATED CASES

Two related cases are pending in San Francisco County Superior Court: (1) *Regan Carroll Trust v. City and County of San Francisco, et al.*, Case No. CGC 07-463565; and (2) *Trust of Regan Carroll v. City and County of San Francisco, et al.*, Case No. CPF-06-506816.  On August 14, 2007, the Honorable Judge Mahoney ordered these cases consolidated for purposes of trial.  A trial date has not been set.

## RELIEF

Plaintiff seeks an injunction and an award of monetary damages.

## SETTLEMENT AND ADR

Unknown at this time.

## CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSE

Plaintiff will not consent to a magistrate judge.   This case was originally assigned to a magistrate judge.  On May 16, 2007, Plaintiff filed a Declination to Proceed Before a Magistrate Judge and a Request for Reassignment to a United States District Judge.

## OTHER REFERENCES

None.

3

Plaintiff Regan Carroll Trust's Case Management Statement, Request to Vacate Case Management Conference Date and Other Dates Set Forth in Order Setting Initial Case Management, and Request to Set New Dates-07-cv-02577

## NARROWING OF ISSUES

Plaintiff believes the issues are narrowly tailored.

## EXPEDITED SCHEDULE

Unknown at this time, but Plaintiff is amenable to expediting this mattter.

## SCHEDULING

Once Defendants have responded to the Complaint, the parties can discuss scheduling.

## TRIAL

Plaintiff requests a jury trial and anticipates a 2-3 day trial.

## DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Plaintiff is filing a Certification of Interested Parties or Entities as a separate pleading in conjunction with its Case Management Conference Statement.


Date: September 6, 2007                    ZACKS UTRECHT & LEADBETTER, P.C.
                                           235 Montgomery Street, Suite 400
                                           San Francisco, CA 94104


                                  By:    _____
                                           Andrea Rosenthal
                                           Attorneys for Plaintiff

Case Management Statement 9.6.07

4