ANDREW M. ZACKS (SBN 147794)
ANDREA ROSENTHAL (SBN 154769)
ZACKS UTRECHT & LEADBETTER, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104
(415) 956-8100

Attorneys for: Plaintiff Regan Carroll Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| REGAN CARROLL TRUST, Regan Carroll, trustee,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, SAN FRANCISCO PLANNING DEPARTMENT, SAN FRANCISCO BOARD OF APPEALS,<br><br>Defendants. | ACTION NO: 07-CV-02577 SBA<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>Date:   September 12, 2007<br>Time:   3:30 p.m.<br>Judge:  Hon. Saundra Brown Armstrong |

Pursuant to Civil L.R. 3-16, I hereby certify that as of September 6, 2007, other than the named parties, there is no such interest to report.

Date: September 6, 2007

ZACKS UTRECHT & LEADBETTER, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104

By: /s/ Andrea Rosenthal
Andrea Rosenthal
Attorneys for Plaintiff