DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone: (415) 554-4615
Facsimile: (415) 554-4757
E-Mail: kristen.jensen@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
(Including SAN FRANCISCO DEPARTMENT OF BUILDING
INSPECTION, SAN FRANCISCO BUILDING
INSPECTION COMMISSION, and
SAN FRANCISCO PLANNING DEPARTMENT)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REGAN CARROLL TRUST, Regan Carroll, Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, and SAN FRANCISCO PLANNING DEPARTMENT,<br><br>Defendants. | Case No. C-07-2577 SBA<br><br>**CITY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Hearing Date: December 11, 2007<br>Time: 1:00 p.m.<br>Place: Courtroom 3, 3rd Floor<br><br>Trial Date: TBA |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no person or entity that has a financial interest in the subject matter in controversy or in a party to the proceeding or a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: October 9, 2007

        DENNIS J. HERRERA
        City Attorney
        KRISTEN A. JENSEN
        THOMAS S. LAKRITZ
        CHRISTINE VAN AKEN
        Deputy City Attorneys

By: /s/ Kristen A. Jensen
        KRISTEN A. JENSEN

        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO