1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KRISTEN A. JENSEN, State Bar #130196
   THOMAS S. LAKRITZ, State Bar #161234
3  CHRISTINE VAN AKEN, State Bar #241755
   Deputy City Attorneys
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102
   Telephone:     (415) 554-4615
6  Facsimile:     (415) 554-4757
   E-Mail:        kristen.jensen@sfgov.org

7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9  (Including SAN FRANCISCO DEPARTMENT OF BUILDING
   INSPECTION, SAN FRANCISCO BUILDING
10 INSPECTION COMMISSION, and
   SAN FRANCISCO PLANNING DEPARTMENT)

11

12                   UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        OAKLAND DIVISION

15  REGAN CARROLL TRUST, Regan          Case No. C-07-2577 SBA
    Carroll, Trustee,
16                                      **CITY'S MOTION TO DISMISS FOR**
                  Plaintiff,            **LACK OF JURISDICTION AND**
17                                      **FAILURE TO STATE A CLAIM AND,**
            vs.                         **IN THE ALTERNATIVE, FOR**
18                                      **SUMMARY JUDGMENT**
    CITY AND COUNTY OF SAN              **[FRCP 12(B)(1); 12(B)(6); 56]**
19  FRANCISCO, SAN FRANCISCO
    DEPARTMENT OF BUILDING              Hearing Date:   December 11, 2007
20  INSPECTION, SAN FRANCISCO           Time:           1:00 p.m.
    BUILDING INSPECTION                 Place:          Courtroom 3, 3rd Floor
21  COMMISSION, and SAN FRANCISCO
    PLANNING DEPARTMENT,                Trial Date:     TBA
22
                  Defendants.
23

24

25         Defendant City and County of San Francisco (sued herein as the City and County of San

26  Francisco, San Francisco Department of Building Inspection, San Francisco Building Inspection

27  Commission, and San Francisco Planning Department; collectively "City") moves the court to

28  dismiss the action pursuant to FRCP 12(b)1, 12 (b)(6) or, in the alternative, for summary judgment

CITY'S MOTION TO DISMISS                        1                      n:\land\li2007\080285\00442554.doc
CASE NO. C-07-2577 SBA

pursuant to FRCP 56.  This motion is made on the grounds that Plaintiff's complaint fails to state a claim for which relief can be granted, and some or all of the claims set forth in the complaint are not ripe for review.

Specifically, the complaint fails to state a claim for relief pursuant to 42 U.S.C. §1983 in that Plaintiff has failed to allege facts establishing (1) acts by the defendants (2) under color of state law (3) depriv[ed][it] of federal rights, privileges or immunities [and] (4) caus[ed][it] damage.  Moreover, the court must apply the highly deferential "rational basis" standard of review to Plaintiff's claims.  Because the proposed project did not comply with existing local law at the time Plaintiff sought its issuance, the City's refusal to issue the requested permit was rationally based.

Plaintiff's claims are also barred on the basis of *res judicata* and collateral estoppel, because Plaintiff failed to seek state judicial relief from the administrative decisions it now challenges, and those determinations must now be accorded preclusive effect.  In addition, Plaintiff's §1983 claims are barred by the statute of limitations, since those claims are premised on alleged actions by the City that Plaintiff claims occurred prior to June, 2001.

Alternatively, the complaint sets forth claims which are not ripe for review, since the Complaint does not allege that the City has taken final action with respect to Plaintiff's building permit application.  In fact, at Plaintiff's request, the City's Board of Appeals continued the hearing of Plaintiff's claims relating to the City's denial of a building permit for one year, and has taken no further action thereon.

The motion to dismiss is made based on this Motion, the Notice of Motion and the Memorandum of Points and Authorities filed in this action, the City's request for judicial notice in support of the motion, the pleadings and papers on file with this Court, and such other matters as may be presented to the Court at the time of hearing.

Dated:  October 10, 2007

1

2          DENNIS J. HERRERA
           City Attorney
3          KRISTEN A. JENSEN
           THOMAS S. LAKRITZ
4          CHRISTINE VAN AKEN
           Deputy City Attorneys
5

6          By: _____
              KRISTEN A. JENSEN
7

8          Attorneys for Defendant
           CITY AND COUNTY OF SAN FRANCISCO
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28