DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:     (415) 554-4615
Facsimile:      (415) 554-4757
E-Mail:         kristen.jensen@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
(Including SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, and
SAN FRANCISCO PLANNING DEPARTMENT)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REGAN CARROLL TRUST, Regan Carroll, Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, and SAN FRANCISCO PLANNING DEPARTMENT,<br><br>Defendants. | Case No. C-07-2577 SBA<br><br>**CITY'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM AND, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br>[FRCP 12(B)(1); 12(B)(6); 56]<br><br>Hearing Date: December 11, 2007<br>Time: 1:00 p.m.<br>Place: Courtroom 3, 3rd Floor<br><br>Trial Date: TBA |

Defendant City and County of San Francisco (sued herein as the City and County of San Francisco, San Francisco Department of Building Inspection, San Francisco Building Inspection Commission, and San Francisco Planning Department; collectively "City") moves the court to dismiss the action pursuant to FRCP 12(b)1, 12 (b)(6) or, in the alternative, for summary judgment

1  pursuant to FRCP 56.  This motion is made on the grounds that Plaintiff's complaint fails to state a
2  claim for which relief can be granted, and some or all of the claims set forth in the complaint are not
3  ripe for review.
4      Specifically, the complaint fails to state a claim for relief pursuant to 42 U.S.C. §1983 in that
5  Plaintiff has failed to allege facts establishing (1) acts by the defendants (2) under color of state law
6  (3) depriv[ed][it] of federal rights, privileges or immunities [and] (4) caus[ed][it] damage.  Moreover,
7  the court must apply the highly deferential "rational basis" standard of review to Plaintiff's claims.
8  Because the proposed project did not comply with existing local law at the time Plaintiff sought its
9  issuance, the City's refusal to issue the requested permit was rationally based.
10      Plaintiff's claims are also barred on the basis of *res judicata* and collateral estoppel, because
11  Plaintiff failed to seek state judicial relief from the administrative decisions it now challenges, and
12  those determinations must now be accorded preclusive effect.  In addition, Plaintiff's §1983 claims
13  are barred by the statute of limitations, since those claims are premised on alleged actions by the City
14  that Plaintiff claims occurred prior to June, 2001.
15      Alternatively, the complaint sets forth claims which are not ripe for review, since the
16  Complaint does not allege that the City has taken final action with respect to Plaintiff's building
17  permit application.  In fact, at Plaintiff's request, the City's Board of Appeals continued the hearing of
18  Plaintiff's claims relating to the City's denial of a building permit for one year, and has taken no
19  further action thereon.
20      The motion to dismiss is made based on this Motion, the Notice of Motion and the
21  Memorandum of Points and Authorities filed in this action, the City's request for judicial notice in
22  support of the motion, the pleadings and papers on file with this Court, and such other matters as may
23  be presented to the Court at the time of hearing.

Dated:  October 10, 2007

> DENNIS J. HERRERA
> City Attorney
> KRISTEN A. JENSEN
> THOMAS S. LAKRITZ
> CHRISTINE VAN AKEN
> Deputy City Attorneys
>
> By: /s/ Kristen Jensen
> KRISTEN A. JENSEN
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO

CITY'S MOTION TO DISMISS
CASE NO.  C-07-2577 SBA

3

n:\land\li2007\080285\00442554.doc