ANDREW M. ZACKS (SBN 147794)
ANDREA ROSENTHAL (SBN 154769)
ZACKS UTRECHT & LEADBETTER, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104
(415) 956-8100

Attorneys for: Plaintiff Regan Carroll Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| REGAN CARROLL TRUST, Regan Carroll, trustee,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, SAN FRANCISCO PLANNING DEPARTMENT, SAN FRANCISCO BOARD OF APPEALS,<br><br>Defendants. | ACTION NO: 07-CV-2577 SBA<br><br>PLAINTIFF AND DEFENDANTS' JOINT CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date:  December 19, 2007<br>Time:  3:30 p.m.<br>Judge: Hon. Saundra Brown Armstrong |

Plaintiff and Defendants submit the following Joint Case Management Statement:

JURISDICTION AND SERVICE

On May 15, 2007, Plaintiff filed a Complaint for Injunctive Relief and Damages for Violation of Civil Rights. On September 5, 2007, Plaintiff served the Complaint on all Defendants.

Plaintiff alleges that this Court has jurisdiction over this action pursuant to 42

U.S.C. § 1983 and 28 U.S.C. § 1331, in that the controversy arises under the United States Constitution. Plaintiff alleges that venue is proper pursuant to 28 U.S.C. § 1391(a) in that all Defendants reside in this judicial district, and the events giving rise to the claims occurred in this district.

Defendants dispute that this Court has jurisdiction over this matter and, on October 9, 2007, filed a Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim or, in the Alternative, for Summary Judgment.

On October 30, 2007, Plaintiff filed a First Amended Complaint. Defendants assert that the First Amended Complaint fails to cure the defects identified in Defendants' Motion to Dismiss.

The parties have stipulated to extend the time in which Defendants may file a responsive pleading to and including December 14, 2007.

FACTS and LEGAL ISSUES

Plaintiff alleges that this case arises out of the Defendants' unlawful delegation of land use and decision-making to a private, powerful and influential neighborhood group. As a result of this unlawful delegation of power, Plaintiff alleges that he was, among other things, deprived of the Equal Protection of law in violation of the Fourteenth Amendment of the United States Constitution and was retaliated against in connection with exercising his First Amendment rights.

Defendants deny these allegations. In addition, Defendants seek dismissal, with prejudice, of each claim for relief set forth in the First Amended Complaint on the basis

of this Court's lack of jurisdiction over one or more of Plaintiff's claims for relief (FRCP 12(b)(1)) and Plaintiff's failure to state claims upon which relief can be granted (FRCP 12(b)(6)). In the alternative, the City requests summary judgment under Rule 56.

MOTIONS

On October 9, 2007, Defendants filed a Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim or, in the alternative, for Summary Judgment.

AMENDMENT OF PLEADINGS

On October 30, 2007, Plaintiff filed a First Amended Complaint for Injunctive Relief and Damages for Violation of Civil Rights. In lieu of an opposition brief, Plaintiff filed its First Amended Complaint. Defendants assert that the First Amended Complaint fails to cure the defects identified in Defendants' Motion to Dismiss.

EVIDENCE PRESERVATION

The parties have preserved all evidence.

DISCLOSURES

The parties have met and conferred regarding the timing of discovery and preparation of a discovery plan. The parties have concluded that it is appropriate to delay initial disclosures pursuant to FRCP Rule 26 until after Defendants have responded to the First Amended Complaint.

DISCOVERY

No discovery has been conducted to date. It is anticipated written discovery will be propounded and depositions will be taken once Defendants have responded to the

operative Complaint.

**RELATED CASES**

Four related cases are pending in San Francisco County Superior Court: (1) *Regan Carroll Trust v. City and County of San Francisco, et al.*, Case No. CPF-06-506542 (dismissal requested by Plaintiff on July 5, 2007, but no dismissal entered by the court to date); (2) *Regan Carroll Trust v. City and County of San Francisco, et al.*, Case No. CGC 07-463565; (3) *Trust of Regan Carroll v. City and County of San Francisco, et al.*, Case No. CPF-06-506816; (4) *Regan Carroll Trust v. City and County of San Francisco, et al.*, Case No. CPF-07-507293 (stayed by stipulation of parties).

On August 14, 2007, the Honorable Patrick J. Mahoney ordered the cases identified above as numbers (2) and (3) consolidated for purposes of trial. On December 5, 2007, Judge Mahoney heard argument from counsel in Case No. CPF-06-506816 and took the writ petition under submission.

**RELIEF**

Plaintiff seeks an injunction and an award of monetary damages.

**SETTLEMENT AND ADR**

The parties have meet and conferred and have stipulated to Early Neutral Evaluation pursuant to ADR Local Rule 5.

**CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSE**

Plaintiff will not consent to a magistrate judge. This case was originally assigned

4

1  to a magistrate judge. On May 16, 2007, Plaintiff filed a Declination to Proceed Before
2  a Magistrate Judge and a Request for Reassignment to a United States District Judge.

**OTHER REFERENCES**

None.

**NARROWING OF ISSUES**

Plaintiff believes the issues are narrowly tailored.

**EXPEDITED SCHEDULE**

Unknown at this time, but the parties are amenable to expediting this matter.

**SCHEDULING**

Once Defendants have responded to the First Amended Complaint, the parties will meet and confer to discuss scheduling.

**TRIAL**

Plaintiff requests a jury trial and anticipates a 2-3 day trial.

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

The parties have filed their Certifications of Interested Parties or Entities.

1  Date: December 7, 2007           ZACKS UTRECHT & LEADBETTER, P.C.
                                    235 Montgomery Street, Suite 400
2                                   San Francisco, CA 94104

3

4                                   By: _____/s/ Andrea Rosenthal_____
                                        Andrea Rosenthal
5                                       Attorneys for Plaintiff

6  Date: December ____, 2007        SAN FRANCISCO CITY ATTORNEY

7

8

9                                   By: _____
                                        Kristen A. Jensen
10                                      Attorneys for Defendants

11

12  P001a - Joint Case Management Conference Statement.wpd

| | | |
|---|---|---|
| 1 | Date: December ___, 2007 | ZACKS UTRECHT & LEADBETTER, P.C. |
| 2 | | 235 Montgomery Street, Suite 400 |
| | | San Francisco, CA 94104 |
| 4 | | By: _____ |
| 5 | | Andrea Rosenthal |
| | | Attorneys for Plaintiff |
| 6 | Date: December 7, 2007 | DENNIS J. HERRERA |
| 7 | | City Attorney |
| | | KRISTEN A. JENSEN |
| 8 | | Deputy City Attorney |
| 11 | | By: _____/s/_____ |
| | | Kristen A. Jensen |
| 12 | | Attorneys for Defendants |

P001a - Joint Case Management Conference Statement.wpd