United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAN CARROLL TRUST, Regan Carroll, Trustee,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, and SAN FRANCISCO PLANNING DEPARTMENT,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 07-02577 SBA<br><br>**ORDER**<br>[Docket No. 15] |

On May 15, 2007, plaintiff filed its initial Complaint in this action. On October 10, 2007, defendants filed the instant motion to dismiss, and noticed it for hearing on December 11, 2007. On October 30, 2007, plaintiff filed an amended complaint. Accordingly, IT IS HEREBY ORDERED THAT the Court DENIES as MOOT plaintiff's motion to dismiss [Docket No. 15], without prejudice as to defendants reurging their arguments with respect to the amended complaint.

IT IS SO ORDERED.

Dated: 12/7/07

　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge