DENNIS J. HERRERA, State Bar #139669
City Attorney
KRISTEN A. JENSEN, State Bar #130196
THOMAS S. LAKRITZ, State Bar #161234
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:    (415) 554-4615
Facsimile:    (415) 554-4757
E-Mail:       kristen.jensen@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
(Including SAN FRANCISCO DEPARTMENT OF BUILDING
INSPECTION, SAN FRANCISCO BUILDING
INSPECTION COMMISSION, and
SAN FRANCISCO PLANNING DEPARTMENT)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REGAN CARROLL TRUST, Regan Carroll, Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, SAN FRANCISCO BUILDING INSPECTION COMMISSION, and SAN FRANCISCO PLANNING DEPARTMENT,<br><br>Defendants. | Case No. C-07-2577 SBA<br><br>**CITY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM, TO STRIKE THIRD COUNT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br>**[FRCP 12(B)(1); 12(B)(6); 12(F); 56]**<br><br>Hearing Date:   February 5, 2008<br>Time:           1:00 p.m.<br>Place:          Courtroom 3, 3rd Floor<br><br>Trial Date:     TBA |

Defendant City and County of San Francisco (sued herein as the City and County of San Francisco, San Francisco Department of Building Inspection, San Francisco Building Inspection Commission, and San Francisco Planning Department; collectively "City"), by and through its counsel of record, hereby requests that this Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts and documents:

1. The contents Section 1005 of the San Francisco Planning Code, a copy of which is attached as Exhibit 1 hereto.

2. The contents Section 1006 of the San Francisco Planning Code, a copy of which is attached as Exhibit 2 hereto.

3. The contents Section 1006.2 of the San Francisco Planning Code, a copy of which is attached as Exhibit 3 hereto.

4. On September 12, 2006, Plaintiff filed an Amended Petition for Writ of Mandate (C.C.P. § 1085) and Writ of Administrative Mandamus (C.C.P. §1094.5) ("Amended Petition") in San Francisco Superior Court Case No. CPF-06-506542. That Amended Petition was served on the City by summons dated September 27, 2006. A copy of the Amended Petition and summons is attached as Exhibit 4 hereto.

   a. On January 5, 2006, the Acting Director of the City and County of San Francisco Department of Building Inspection sent a letter to Plaintiff's counsel notifying counsel that the Department of Planning had reasserted jurisdiction over the building permit application that is the subject of this action. That notice is attached as Exhibit A to the Amended Petition.

   b. On May 8, 2006, the Building Inspection Commission ("BIC") issued findings adopted on May 1, 2006 at a regular meeting of the BIC denying Plaintiff's Appeal of the January 5, 2006 determination by the Acting Director. Those findings are attached as Exhibit B to the Amended Petition.

   c. By letter dated March 6, 2006, the City's Zoning Administrator notified Plaintiff that the Planning Department requested that all building permit applications, renewals, extensions, addendums or revisions for Plaintiff's property be submitted to the Planning Department for review. ("ZA Determination.") The ZA Determination notified Plaintiff, among other things, that

the Planning Code was significantly amended during the pendency of Plaintiff's permit application, and that the application was subject to review for consistency with the amended Planning Code. A copy of the ZA Determination is attached as Exhibit C to the Amended Petition.

    d.    On June 16, 2007, the Board of Appeals ("BOA") issued its notice of decision and order denying Plaintiff's appeal of the ZA Determination. A copy of the notice of decision is attached as Exhibit D to the Amended Petition.

5. On November 27, 2006, Plaintiff filed a Petition for Writ of Mandate and Complaint for Declaratory Relief in San Francisco Superior Court Case No. CPF-06-506816 ("Petition"). That Petition was served on the City by summons dated November 27, 2006. Copies of the Petition and Summons are attached as Exhibit 5 hereto.

6. On May 21, 2007, Plaintiff filed a Complaint for Injunction and Declaratory Relief in San Francisco Superior Court Case No. CPF-07-463565 ("Complaint"). Plaintiff served the Complaint on the City by summons dated May 21, 2007. Copies of the Complaint and Summons are attached as Exhibit 6 hereto.

7. On June 5, 2007, Plaintiff filed a Petition for Writ of Administrative Mandate in San Francisco Superior Court Case No. CPF-07-507293. A copy of the Petition is attached as Exhibit 7 hereto.

8. On May 9, 2007, the City filed its demurrer and supporting papers in San Francisco Superior Court Case No. CPF-06-506542. A copy of the City's moving papers is attached as Exhibit 8 hereto.

9. On July 3, 2007, the City filed its reply brief in support of demurrer in San Francisco Superior Court Case No. CPF-06-506542. A copy of the City's reply brief is attached as Exhibit 9 hereto.

10. On July 5, 2007, Plaintiff's counsel filed a request for dismissal of San Francisco Superior Court Case No. CPF-06-506542. A copy of the request for dismissal is attached as Exhibit 10 hereto.

11. The contents of Section 106.4.3 of the San Francisco Building Code, a copy of which is attached as Exhibit 11 hereto.

12. On April 4, 2007, in connection with Appeal No. 06-200, the BOA heard a request for rehearing by Plaintiff of the BOA's March 7, 2007 decision upholding the denial of Plaintiff's building permit. At the request of Plaintiff's counsel, the matter was continued for one year to April 2, 2008, and no final decision on the building permit application was made. A copy of the BOA docket for appeal No. 06-200 reflecting the one year continuance is attached as Exhibit 12 hereto.

13. Attached as Exhibit 13 hereto are true and correct copies of records printed from the San Francisco Department of Building Inspection reflecting actions taken by the City in connection with the building permit application at issue in this case. Those records reflect the following:

   a. Building Permit Application No. 9902819 was disapproved on December 8, 2006.

   b. As of November 16, 2007, the Building and Planning Departments have not received an application for certificate of appropriateness in connection with Application No. 9902819.

   c. All permit applications associated with Plaintiff's property located at 1169 Tennessee (adjacent to the subject property) have expired or been issued. These records reflect no pending permit applications for 1169 Tennessee Street.

14. On or about December 8, 20067, the City sent a letter to counsel for Plaintiff notifying him that his application was "Not ...Approved" by the City's Planning Department. Thereafter, by letter dated December 20, 2006, the City received a request from Plaintiff's former counsel that the City deny Application No. 9902819. True and correct copes of those letters are attached as Exhibit 14 hereto.

Dated: December 14, 2007

                DENNIS J. HERRERA
                City Attorney
                KRISTEN A. JENSEN
                THOMAS S. LAKRITZ
                CHRISTINE VAN AKEN
                Deputy City Attorneys

                By: /s/ Kristen Jensen
                KRISTEN A. JENSEN

                Attorneys for Defendant
                CITY AND COUNTY OF SAN FRANCISCO