1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KRISTEN A. JENSEN, State Bar #130196
   THOMAS S. LAKRITZ, State Bar #161234
3  CHRISTINE VAN AKEN, State Bar #241755
   Deputy City Attorneys
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102
   Telephone:    (415) 554-4615
6  Facsimile:    (415) 554-4757
   E-Mail:       kristen.jensen@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9  (Including SAN FRANCISCO DEPARTMENT OF BUILDING
   INSPECTION, SAN FRANCISCO BUILDING
10 INSPECTION COMMISSION, and
   SAN FRANCISCO PLANNING DEPARTMENT)
11

12                   UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                   OAKLAND DIVISION

15 | REGAN CARROLL TRUST, Regan         | Case No. C-07-2577 SBA
   | Carroll, Trustee,
16 |                                    | **STIPULATION TO EXTEND TIME
   |                                    | FOR DEFENDANTS' RESPONSE TO
17 |        Plaintiff,                  | FIRST AMENDED COMPLAINT**
   |
18 |        vs.
   |
19 | CITY AND COUNTY OF SAN             | Trial Date:    TBA
   | FRANCISCO, SAN FRANCISCO
20 | DEPARTMENT OF BUILDING
   | INSPECTION, SAN FRANCISCO
21 | BUILDING INSPECTION
   | COMMISSION, and SAN FRANCISCO
22 | PLANNING DEPARTMENT,
   |
23 |        Defendants.

24

25

26

27

28

STIP. TO EXTEND TIME                       1                    n:\land\li2007\080285\00453963.doc
CASE NO. C-07-2577 SBA

1  Plaintiff Regan Carroll Trust, Regan Carroll trustee, and Defendant City and County of San
2  Francisco (sued herein as the City and County of San Francisco, San Francisco Department of
3  Building Inspection, San Francisco Building Inspection Commission, and San Francisco Planning
4  Department; collectively "City"), by and through their respective counsel of record, stipulate as
5  follows:
6  The Parties agree to extend until December 14, 2007, the date on which Defendant the City
7  and County of San Francisco (sued as City and County of San Francisco, San Francisco Department
8  of Building Inspection, San Francisco Building Inspection Commission, San Francisco Planning
9  Department and San Francisco Board of Appeals) may file a responsive pleading to the First
10 Amended Complaint filed in the above-captioned matter.

12 Dated: December 14, 2007

DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
THOMAS S. LAKRITZ
CHRISTINE VAN AKEN
Deputy City Attorneys

By: _____
KRISTEN A. JENSEN

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

22 Dated: December 14, 2007

ZACKS UTRECHT & LEADBETTER, P.C.

By: _____
ANDREA ROSENTHAL

Attorneys for Plaintiff
TRUST OF REGAN CARROLL, REGAN CARROLL, TRUSTEE

STIP. TO EXTEND TIME
CASE NO. C-07-2577 SBA                           2                          n:\lsnd\li2007\080285\00453963.doc