UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAN CARROLL TRUST<br>   Plaintiff,<br><br>   vs.<br><br><br>CITY AND COUNTY OF SAN FRANCISCO ET AL,<br>   Defendant. | No. C 07-02577 SBA<br><br>CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

     **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for January 31, 2008 at 3:15 p.m., has been continued to Tuesday, February 26, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.


DATED:   1/23/08

                                            FOR THE COURT,
                                            Richard W. Wieking, Clerk

                                            By: *Lisa R. Clark*
                                               LISA R. CLARK
                                               Courtroom Deputy


To: