1  ANDREW M. ZACKS (SBN 147794)
2  JAMES B. KRAUS (SBN 184118)
   ZACKS UTRECHT & LEADBETTER, P.C.
3  235 Montgomery Street, Suite 400
   San Francisco, CA 94104
4  (415) 956-8100



5
6  Attorneys for: Plaintiff Regan Carroll Trust

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO

10 REGAN CARROLL TRUST, Regan    )    ACTION NO: C-07-2577 SBA
   Carroll, trustee,             )
11                               )    PLAINTIFF'S NOTICE OF APPEAL
                                 )
12           Plaintiff,           )
                                 )
13      v.                       )
                                 )
14                               )
   CITY AND COUNTY OF SAN        )
15 FRANCISCO, et al.             )
                                 )
16           Defendants.          )
                                 )
17 _____)

18
19      Plaintiff and Appellant REGAN CARROLL TRUST, Regan Carroll,

20 trustee, appeals to the Ninth Circuit Court of Appeals from the October 1, 2008 order

21 dismissing his complaint pursuant to FRCP 12(b)(6).

22 Date: October 31, 2008              ZACKS UTRECHT & LEADBETTER, P.C.
23                                     235 Montgomery Street, Suite 1130
                                       San Francisco, CA 94104
24
25
                                  By: _____
26                                     James B. Kraus
                                       Attorneys for Plaintiff/Appellant
27
28
                              1
                         Notice of Appeal              ORIGINAL
                                                       C-07-2577 SBA

# PROOF OF SERVICE BY MAIL

I, Alycia Zammarchi, declare as follows:

I am over eighteen years of age and not a party to the within action; I served the pleadings referred to herein; my business address is 235 Montgomery Street, #400, San Francisco, California 94104. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

On *October 31, 2008*, I served:

**Plaintiff's Notice of Appeal**

by mailing a true copy to:

*Kristen Jensen*
*Office of the City Attorney*
*1 Dr. Carlton B. Goodlett Place*
*City Hall, Room 234*
*San Francisco, CA 94102*

The envelopes were sealed and placed for collection and mailing on said date following ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco.

Dated: *October 31, 2008*

_____
Alycia Zammarchi

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611002783
Cashier ID: lenahac
Transaction Date: 10/31/2008
Payer Name: Zacks Utrecht et al
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Regan Carrol Trust
 Case/Party: D-CAN-4-07-CV-002577-001
 Amount:         $455.00
----------------------------------------
CHECK
 Check/Money Order Num: 2973
 Amt Tendered:  $455.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:       $0.00

SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```